# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 22, 2006

130727 & (70)(71)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

EVERETT CASEY and
MARYALICE CASEY,
        Plaintiffs-Appellants,

v

SC: 130727
COA: 266576
Oakland CC: 02-045189-CZ

AUTO OWNERS INSURANCE COMPANY,
HOMEOWNERS INSURANCE COMPANY,
ASU GROUP, and MEREDITH RESCHLY,
        Defendants-Appellees.

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the March 1, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for stay is DENIED as moot.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 22, 2006

_____
Clerk

t0322